| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Donohue, James P. | 2. Court or Organization United States District Court, Western District of Washington | 3. Date of Report 10/29/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Magistrate Judge (Full-time) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

| 7. Chambers or Office Address United States Courthouse 700 Stewart Street Seattle, WA 98101 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Board of Directors | Special Olympics of Washington |
| 3. Board of Directors | Federal Magistrate Judges Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | monthly | Group Health Cooperative mouthly pension through the entire year |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | Feb 28-March 2 | Washington D.C. | Board Meeting | Lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | US Bank | Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. WELLS FARGO COMPASS ETF | E | Dividend | | | Sold | 05/25/12 | N | D | |
| 2. EATON VANCE NAT'L LTD MAT MUNI INCM C - EZNAX | A | Distribution | | | Sold (part) | 02/09/12 | K | A | |
| 3. EATON VANCE NAT'L LTD MAT MUNI INCM C- EZNAX | A | Dividend | | | Sold | 03/20/12 | J | A | |
| 4. EATON VANCE NAT'L LTD MAT MUNI IN B | A | Dividend | J | T | | | | | |
| 5. AMERICAN FUNDS TAX EXEMPT BONDS C - TEBCX | A | Distribution | J | T | Sold (part) | 03/20/12 | J | A | |
| 6. WELLS FARGO ADV MUNI BD C - WMFCX | A | Dividend | K | T | | | | | |
| 7. CAPITAL INCOME BUILDER B - CIBBX | A | Dividend | J | T | | | | | |
| 8. FIDELITY ADV EQUITY INC FD - FEIRX | | None | | | Sold | 06/15/12 | J | A | |
| 9. PRUDENTIAL INVT PORT INC ASSET ALLOC B - PBFBX | A | Dividend | J | T | | | | | |
| 10. PRUDENTIAL ASSET ALLOC A - PIBAX | | None | | | Sold | 06/15/12 | J | A | |
| 11. WELLS FARGO ASSET ALLOC B - EABFX | A | Dividend | | | Sold | 12/26/12 | J | A | |
| 12. FIDELITY VIP EQUITY-INC. PORT | | None | | | Sold | 06/05/12 | K | B | |
| 13. FIDELITY VIP GROWTH PORT 1 | | None | | | Sold | 06/05/12 | K | B | |
| 14. ING T-ROWE PR. GR. EQ PORT | | None | | | Sold | 06/05/12 | J | A | |
| 15. ING SMALL CO PORT | | None | | | Sold | 06/05/12 | J | A | |
| 16. ING INDEX PLUS MID CAP PORT | | None | | | Sold | 06/05/12 | K | B | |
| 17. ING T-ROWE PRC DIVRSD MD CAP | | None | | | Sold | 06/05/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ING FIXED FUND ACCOUNT, fka VALIC | A | Interest | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. FIRST EAGLE SOGEN GOLBAL FD, CL C | A | Dividend | J | T | | | | | |
| 21. T-Rowe Pr. 2015 Ret Fnd. | A | Interest | | | Sold | 11/01/12 | K | B | |
| 22. WELLS FARGO BANK DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 23. | | | | | | | | | |
| 24. Pershing Government Money Market Account | A | Dividend | J | T | Open | 06/08/12 | J | | |
| 25. FIDELITY STRATEGIC INCOME FUND | A | Dividend | K | T | Buy | 10/23/12 | K | | |
| 26. FIDELITY STRATEGIC INCOME FUND | A | Dividend | J | T | Buy (add'l) | 11/06/12 | J | | |
| 27. PIMCO ALL ASSET ALL AUTHORITY FUND CLASS D | A | Dividend | J | T | Buy | 06/18/12 | J | | |
| 28. PIMCO INCOME FUND CLASS D | A | Dividend | K | T | Buy | 10/23/12 | J | | |
| 29. PIMCO INCOME FUND CLASS D | A | Dividend | K | T | Buy (add'l) | 11/16/12 | K | | |
| 30. VANGUARD REIT INDEX SIGNAL FUND | A | Dividend | K | T | Buy | 06/18/12 | K | | |
| 31. VANGUARD DEVELOPED FOREGN MARKETS INDEX FUND | A | Dividend | J | T | Buy | 06/18/12 | J | | |
| 32. VANGUARD TOTAL BOND MARKET INDEX FUND | A | Dividend | | | Buy | 06/18/12 | K | | |
| 33. VANGUARD TOTAL BOND MARKET INDEX FUND | A | Dividend | | | Sold | 10/22/12 | K | A | |
| 34. VANGUARD EMERGING STOCK INDEX FUND | A | Dividend | J | T | Buy | 06/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VANGUARD SMALL-CAP INDEX SIGNAL FUND | A | Dividend | J | T | Buy | 06/18/12 | J | | |
| 36. VANGUARD MID-CAP INDEX SIGNAL FUND | A | Dividend | J | T | Buy | 06/18/12 | J | | |
| 37. VANGUARD 500 INDEX SIGNAL FUND | A | Dividend | K | T | Buy | 06/18/12 | K | | |
| 38. | | | | | | | | | |
| 39. CONSUMR DISC SECTOR ETF XLY | | | | | Buy | 10/17/12 | J | | |
| 40. CONSUMR DISC SECTOR ETF XLY | | | | | Buy (add'l) | 10/31/12 | J | | |
| 41. CONSUMR DISC SECTOR ETF XLY | | | | | Buy (add'l) | 11/19/12 | J | | |
| 42. CONSUMR DISC SECTOR ETF XLY | | | | | Buy | 12/03/12 | J | | |
| 43. CONSUMR DISC SECTOR ETF XLY | | | | | Sold (part) | 12/10/12 | J | A | |
| 44. CONSUMR DISC SECTOR ETF XLY | | | | | Sold (part) | 12/12/12 | J | A | |
| 45. CONSUMR DISC SECTOR ETF XLY | | | | | Sold (part) | 12/24/12 | J | A | |
| 46. CONSUMR DISC SECTOR ETF XLY | | | | | Sold (part) | 12/31/12 | J | A | |
| 47. CONSUMR DISC SECTOR ETF XLY | A | Dividend | K | T | Sold (part) | 12/31/12 | J | A | |
| 48. | | | | | | | | | |
| 49. CONSUMER STPLE SECTOR ETF XLP | | | | | Buy | 10/17/12 | J | | |
| 50. CONSUMER STPLE SECTOR ETF XLP | | | | | Buy (add'l) | 10/31/12 | J | | |
| 51. CONSUMER STPLE SECTOR ETF XLP | | | | | Buy (add'l) | 11/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CONSUMER STPLE SECTOR ETF XLP | | | | | Buy (add'l) | 12/03/12 | J | | |
| 53. CONSUMER STPLE SECTOR ETF XLP | | | | | Sold (part) | 12/10/12 | J | A | |
| 54. CONSUMER STPLE SECTOR ETF XLP | | | | | Sold (part) | 12/17/12 | J | A | |
| 55. CONSUMER STPLE SECTOR ETF XLP | | | | | Sold (part) | 12/17/12 | J | A | |
| 56. CONSUMER STPLE SECTOR ETF XLP | | | | | Sold (part) | 12/24/12 | J | A | |
| 57. CONSUMER STPLE SECTOR ETF XLP | A | Dividend | K | T | Sold (part) | 12/31/12 | J | A | |
| 58. | | | | | | | | | |
| 59. FINANCIAL SECTOR SPD ETF XLF | | | | | Buy | 10/17/12 | J | | |
| 60. FINANCIAL SECTOR SPD ETF XLF | | | | | Buy (add'l) | 10/31/12 | J | | |
| 61. FINANCIAL SECTOR SPD ETF XLF | | | | | Buy (add'l) | 11/19/12 | J | | |
| 62. FINANCIAL SECTOR SPD ETF XLF | | | | | Buy (add'l) | 12/03/12 | J | | |
| 63. FINANCIAL SECTOR SPD ETF XLF | | | | | Sold (part) | 12/10/12 | J | A | |
| 64. FINANCIAL SECTOR SPD ETF XLF | | | | | Sold (part) | 12/17/12 | J | A | |
| 65. FINANCIAL SECTOR SPD ETF XLF | | | | | Sold (part) | 12/24/12 | J | A | |
| 66. FINANCIAL SECTOR SPD ETF XLF | | | | | Sold (part) | 12/31/12 | J | A | |
| 67. FINANCIAL SECTOR SPD ETF XLF | A | Dividend | K | T | Sold (part) | 12/31/12 | J | A | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   FIRST TRUST HEALTH CARE ETF FXH | | None | | | Buy | 06/21/12 | K | | |
| 70.   FIRST TRUST HEALTH CARE ETF FXH | | None | | | Buy (add'l) | 07/02/12 | J | | |
| 71.   FIRST TRUST HEALTH CARE ETF FXH | | None | | | Sold (part) | 07/09/12 | J | A | |
| 72.   FIRST TRUST HEALTH CARE ETF FXH | | None | | | Sold | 10/17/12 | J | A | |
| 73. | | | | | | | | | |
| 74.   FIRST TRUST CONSUMER ETF FXD | | None | | | Buy | 06/21/12 | K | | |
| 75.   FIRST TRUST CONSUMER ETF FXD | | None | | | Buy (add'l) | 07/02/12 | J | | |
| 76.   FIRST TRUST CONSUMER ETF FXD | | None | | | Sold (part) | 07/09/12 | J | A | |
| 77.   FIRST TRUST CONSUMER ETF FXD | | None | | | Sold | 10/17/12 | J | B | |
| 78. | | | | | | | | | |
| 79.   FIRST TRUST CONSUMER ETF FXG | | None | | | Buy | 06/21/12 | K | | |
| 80.   FIRST TRUST CONSUMER ETF FXG | | None | | | Buy (add'l) | 07/02/12 | J | | |
| 81.   FIRST TRUST CONSUMER ETF FXG | | None | | | Sold (part) | 07/09/12 | J | A | |
| 82.   FIRST TRUST CONSUMER ETF FXG | | None | | | Sold | 10/17/12 | J | B | |
| 83. | | | | | | | | | |
| 84.   FIRST TRIST ENERGY ETF FXN | | None | | | Buy | 07/09/12 | J | | |
| 85.   FIRST TRIST ENERGY ETF FXN | | None | | | Sold | 10/17/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. FIRST TRUST FINANCIAL ETF FXO | | None | | | Buy | 06/21/12 | K | | |
| 88. FIRST TRUST FINANCIAL ETF FXO | | None | | | Sold | 07/02/12 | J | | |
| 89. FIRST TRUST FINANCIAL ETF FXO | | None | | | Sold (part) | 07/09/12 | J | A | |
| 90. FIRST TRUST FINANCIAL ETF FXO | | None | | | Sold | 10/17/12 | J | A | |
| 91. | | | | | | | | | |
| 92. FIRST TRUST INDUSTRIAL ETF FXR | | None | | | Buy | 07/09/12 | J | | |
| 93. FIRST TRUST INDUSTRIAL ETF FXR | | None | | | Sold | 10/17/12 | J | B | |
| 94. | | | | | | | | | |
| 95. FIRST TRUST MATERIAL ETF FXZ | | None | | | Buy | 06/21/12 | K | | |
| 96. FIRST TRUST MATERIAL ETF FXZ | | None | | | Sold | 07/02/12 | K | A | |
| 97. FIRST TRUST MATERIAL ETF FXZ | | None | | | Buy | 07/09/12 | J | | |
| 98. FIRST TRUST MATERIAL ETF FXZ | | None | | | Sold | 10/17/12 | K | B | |
| 99. | | | | | | | | | |
| 100. FIRST TRUST TECHNOLOGY ETF FXL | | None | | | Buy | 06/21/12 | K | | |
| 101. FIRST TRUST TECHNOLOGY ETF FXL | | None | | | Buy (add'l) | 07/02/12 | J | | |
| 102. FIRST TRUST TECHNOLOGY ETF FXL | | None | | | Sold (part) | 07/09/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FIRST TRUST TECHNOLOGY ETF FXL | | None | | | Sold | 10/17/12 | J | A | |
| 104. | | | | | | | | | |
| 105. FIRST TRUST UTILITIES ETF FXU | | None | | | Buy | 06/21/12 | K | | |
| 106. FIRST TRUST UTILITIES ETF FXU | | None | | | Buy (add'l) | 07/02/12 | J | | |
| 107. FIRST TRUST UTILITIES ETF FXU | | None | | | Sold (part) | 07/09/12 | J | A | |
| 108. FIRST TRUST UTILITIES ETF FXU | | None | | | Sold | 10/17/12 | J | A | |
| 109. | | | | | | | | | |
| 110. HEALTH CARE SECTOR ETF XLV | | | | | Buy | 10/17/12 | J | | |
| 111. HEALTH CARE SECTOR ETF XLV | | | | | Buy (add'l) | 10/31/12 | J | | |
| 112. HEALTH CARE SECTOR ETF XLV | | | | | Buy (add'l) | 11/19/12 | J | | |
| 113. HEALTH CARE SECTOR ETF XLV | | | | | Buy (add'l) | 12/03/12 | J | | |
| 114. HEALTH CARE SECTOR ETF XLV | | | | | Sold (part) | 12/10/12 | J | A | |
| 115. HEALTH CARE SECTOR ETF XLV | | | | | Sold (part) | 12/17/12 | J | A | |
| 116. HEALTH CARE SECTOR ETF XLV | | | | | Sold (part) | 12/24/12 | J | A | |
| 117. HEALTH CARE SECTOR ETF XLV | A | Dividend | K | T | Sold (part) | 12/31/12 | J | A | |
| 118. | | | | | | | | | |
| 119. iSHARES DOW JONES US INDL IYJ | | | | | Buy | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. iSHARES DOW JONES US INDL IYJ | | | | | Buy (add'l) | 10/31/12 | J | | |
| 121. iSHARES DOW JONES US INDL IYJ | | | | | Sold (part) | 11/19/12 | J | A | |
| 122. iSHARES DOW JONES US INDL IYJ | | | | | Sold | 11/19/12 | J | A | |
| 123. iSHARES DOW JONES US INDL IYJ | | | | | Buy | 12/10/12 | K | | |
| 124. iSHARES DOW JONES US INDL IYJ | | | | | Sold (part) | 12/17/12 | J | A | |
| 125. iSHARES DOW JONES US INDL IYJ | | | | | Sold (part) | 12/24/12 | J | A | |
| 126. iSHARES DOW JONES US INDL IYJ | A | Dividend | K | T | Sold (part) | 12/31/12 | J | A | |
| 127. | | | | | | | | | |
| 128. iSHARES DOW JONES US UTIL IDU | | | | | Buy | 12/17/12 | K | | |
| 129. iSHARES DOW JONES US UTIL IDU | | | | | Sold (part) | 12/17/12 | J | A | |
| 130. iSHARES DOW JONES US UTIL IDU | A | Dividend | K | T | Sold (part) | 12/31/12 | J | A | |
| 131. | | | | | | | | | |
| 132. iSHARES DOW JONES US ENERGY IYE | | | | | Buy | 10/17/12 | J | | |
| 133. iSHARES DOW JONES US ENERGY IYE | | | | | Sold | 10/31/12 | J | A | |
| 134. iSHARES DOW JONES US ENERGY IYE | A | Dividend | K | T | Buy | 12/31/12 | K | | |
| 135. | | | | | | | | | |
| 136. MATERIALS SECTOR SP ETF XLB | | | | | Buy | 10/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MATERIALS SECTOR SP ETF XLB | | | | | Sold | 10/31/12 | J | A | |
| 138. MATERIALS SECTOR SP ETF XLB | | | | | Buy | 11/19/12 | K | | |
| 139. MATERIALS SECTOR SP ETF XLB | | | | | Sold | 12/03/12 | K | A | |
| 140. MATERIALS SECTOR SP ETF XLB | | | | | Buy | 12/24/12 | K | | |
| 141. MATERIALS SECTOR SP ETF XLB | A | Dividend | K | T | Sold (part) | 12/31/12 | J | A | |
| 142. | | | | | | | | | |
| 143. TECHNOLOGY SECTOR SP ETF XLK | | None | | | Buy | 10/17/12 | J | | |
| 144. TECHNOLOGY SECTOR SP ETF XLK | | None | | | Sold | 10/31/12 | J | A | |
| 145. | | | | | | | | | |
| 146. UTILITIES SECTOR SPD SP ETF XLU | | None | | | Buy | 10/17/12 | J | | |
| 147. UTILITIES SECTOR SPD SP ETF XLU | | None | | | Buy (add'l) | 10/31/12 | J | | |
| 148. UTILITIES SECTOR SPD SP ETF XLU | | None | | | Sold (part) | 11/19/12 | J | A | |
| 149. UTILITIES SECTOR SPD SP ETF XLU | | None | | | Sold | 11/19/12 | J | A | |
| 150. | | | | | | | | | |
| 151. ISHARES BARCLAYS 3-7 YEAR TREASURY BOND FUND | | | | | Buy | 06/21/12 | K | | |
| 152. ISHARES BARCLAYS 3-7 YEAR TREASURY BOND FUND | | | | | Sold | 07/02/12 | K | A | |
| 153. ISHARES BARCLAYS 3-7 YEAR TREASURY BOND FUND | | | | | Buy | 08/12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ISHARES BARCLAYS 3-7 YEAR TREASURY BOND FUND | | | | | Sold | 09/04/12 | K | A | |
| 155. ISHARES BARCLAYS 3-7 YEAR TREASURY BOND FUND | A | Dividend | K | T | Buy | 11/01/12 | K | | |
| 156. | | | | | | | | | |
| 157. ISHARES CORE S&P MIDCAP ETF | A | Dividend | K | T | Buy | 11/01/12 | K | | |
| 158. | | | | | | | | | |
| 159. ISHARES TR S&P MIDCAP 400 INDEX FD | A | None | K | T | Buy | 09/04/12 | K | | |
| 160. | | | | | | | | | |
| 161. ISHARES TR S&P 500 INDEX FUND | | None | | | Buy | 07/02/12 | K | | |
| 162. ISHARES TR S&P 500 INDEX FUND | | None | | | Sold (part) | 08/01/12 | J | A | |
| 163. ISHARES TR S&P 500 INDEX FUND | | None | | | Sold | 09/04/12 | K | B | |
| 164. ISHARES TR S&P 500 INDEX FUND | | None | | | Buy | 10/01/12 | K | | |
| 165. ISHARES TR S&P 500 INDEX FUND | | None | | | Sold | 11/01/12 | K | A | |
| 166. | | | | | | | | | |
| 167. ISHARES TR RUSSELL 2000 INDEX FUND | | None | | | Buy | 07/02/12 | K | | |
| 168. ISHARES TR RUSSELL 2000 INDEX FUND | | None | | | Sold (part) | 08/01/12 | J | A | |
| 169. ISHARES TR RUSSELL 2000 INDEX FUND | | None | | | Buy | 09/14/12 | K | | |
| 170. ISHARES TR RUSSELL 2000 INDEX FUND | | None | | | Sold | 10/01/12 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. MVV PROSHARES ULTRA ETF MIDCAP 400 NON-TRADITIONAL ETF | | | | | Buy | 09/04/12 | K | | |
| 173. MVV PROSHARES ULTRA ETF MIDCAP 400 | | | | | Sold | 10/01/12 | K | A | |
| 174. MVV PROSHARES ULTRA ETF MIDCAP 400 NON-TRADITIONAL ETF | A | Dividend | K | T | Buy (add'l) | 11/01/12 | K | | |
| 175. | | | | | | | | | |
| 176. ULTRA RUSSELL 2000 PROSHARES ETF 2X NONTRADITIONAL ETF | | None | | | Buy | 07/02/12 | K | | |
| 177. ULTRA RUSSELL 2000 PROSHARES ETF 2X NONTRADITIONAL ETF | | None | | | Sold | 08/01/12 | K | A | |
| 178. ULTRA RUSSELL 2000 PROSHARES ETF 2X NONTRADITIONAL ETF | | None | | | Buy | 09/04/12 | K | | |
| 179. ULTRA RUSSELL 2000 PROSHARES ETF 2X NONTRADITIONAL ETF | | None | | | Sold (part) | 10/01/12 | J | A | |
| 180. ULTRA RUSSELL 2000 PROSHARES ETF 2X NONTRADITIONAL ETF | | None | | | Sold | 11/01/12 | K | A | |
| 181. | | | | | | | | | |
| 182. PROSHARES TRUST ETF ULTRA 7-10 YR TREASURY NON-TRAD ETF | | | | | Buy | 06/21/12 | K | | |
| 183. PROSHARES TRUST ETF ULTRA 7-10 YR TREASURY NON-TRAD ETF | | | | | Sold | 07/02/12 | K | A | |
| 184. PROSHARES TRUST ETF ULTRA 7-10 YR TREASURY NON-TRAD ETF | | | | | Buy | 08/01/12 | K | | |
| 185. PROSHARES TRUST ETF ULTRA 7-10 YR TREASURY NON-TRAD ETF | | | | | Sold | 09/04/12 | K | A | |
| 186. PROSHARES TRUST ETF ULTRA 7-10 YR TREASURY NON-TRAD ETF | A | Dividend | K | T | Buy | 11/01/12 | K | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ISHARES BARCLAYS ETF 1-3 YEAR TREASURY BOND FUND | | None | | | Buy | 06/21/12 | K | | |
| 189. ISHARES BARCLAYS ETF 1-3 YEAR TREASURY BOND FUND | | None | | | Sold | 07/02/12 | K | A | |
| 190. | | | | | | | | | |
| 191. PROSHARES ULTRA S&P ETF 2X NON-TRAD ETF | | None | | | Buy | 07/02/12 | K | | |
| 192. PROSHARES ULTRA S&P ETF 2X NON-TRAD ETF | | None | | | Sold | 09/04/12 | K | B | |
| 193. PROSHARES ULTRA S&P ETF 2X NON-TRAD ETF | | None | | | Buy | 10/01/12 | K | | |
| 194. PROSHARES ULTRA S&P ETF 2X NON-TRAD ETF | | None | | | Sold | 11/01/12 | K | A | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Donohue, James P. | 10/29/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 10/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 1: The remaining funds in the Wells Fargo Compass ETF program were transferred into two investment vehicles -- Virio and Good Harbor. I thought they were both ETF funds, but they are not. Unfortunately, each investment fund involved monthly trades of ETF funds. The investment trades from Virio are reflected in lines 38- 149. The investiments from the Good Harbor investment vehicle are identified on lines 151-194. The purchases and sales are grouped together. If income was received, it is indicated only on the bottom line of the grouping, because it is not otherwise susceptible of determination.

I have also determined that this is not an appropriate investment tool in light of the FDR requirements, and have given instructions to sell, although this will still have implications for next year's FDR. I have tried to complete this to make it as understandable as possible for the reviewers.

For purposes of next year's report, the investment listed on Line 160 -- iShares S&P Midcap 400 Index Fund has changed its name to iShares Core S&P Mid-Cap ETF, as of October 17, 2012.

On October 15, 2013, the Committee asked 2 questions: (1) "Wells Fargo Bank Deposit Account" on line 22 was not listed in the prior 2011 Report; and (2) "Pershing Government Money Market Account", line 24 was not listed in the prior 2011 Report. As to the first issue, Wells Fargo Deposit Account is simply a money sweep account, which was actually listed in earlier reports under the name "Wachovia Bank Sweep" previously reported at line 19. Because these are the same accounts, and because "Wachovia Bank Sweep" now goes by the Wells Fargo Deposit Account, I deleted row 19, and the information in the account previously know as Wachovia Bank Sweep is now under the title Wells Fargo Bank Deposit Account in line 22. In other words, it was listed in the 2011 Report, but under a different title. Hopefully this clears up any confusion.

As to the Pershing Goverment Money Market account, it too is a sweep account, which was not established until 2012. This is why it was not previously reported in 2011. The amended report -- line 24 -- reflects the opening of this account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James P. Donohue**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544